AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DONALD JENKINS<br><br>_Defendant_ | Case: 1:13-cr-00200<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 7/11/2013<br>Description: INDICTMENT (B)<br>Case Related To: 13-cr-102 (RWR) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   DONALD JENKINS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of Heroin, Cocaine Base, Cocaine Hydrochloride, Phencyclidine, 3,4-Methylenedioxymethamphetamine, and Marijuana); 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of Heroin); 21 U.S.C. § 843(b) (Unlawful Use of a Communication Facility); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); 18 U.S.C. § 2 (Aiding and Abetting); and

FORFEITURE: 21 U.S.C. § 853(a), (p), and 18 U.S.C. § 982(a)(1)

Date: 07/11/2013

_Issuing officer's signature_

City and state:   WASHINGTON, D.C.         DEBORAH A. ROBINSON, Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_  07-12-13 , and the person was arrested on _(date)_  10-15-13
at _(city and state)_  Washington, DC .

Date: 10-15-13

_Arresting officer's signature_

Adewale Mustapha  DUSM
_Printed name and title_